UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY SYLVESTER THOMPSON,<br>　　　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY, et al.,<br>　　　　Defendants. | Case No. 23-cv-06718-SK<br><br>**ORDER TO SHOW CAUSE** |

On December 29, 2023, Plaintiff filed his Complaint, seeking review of a social security disability or supplemental security income decision. (Dkt No. 1.) Subsequently, the Clerk issued a Social Security Procedural Order, wherein it contained a briefing schedule. (Dkt. No. 5.) As that order states, Plaintiff is required to file and serve on the Commissioner a brief for the requested relief within 30 days of the Commissioner filing the administrative record. (*Id*.) On March 4, 2024, the Commissioner filed the administrative record, meaning Plaintiff's brief was due on April 3, 2024. To date, the Court has not received Plaintiff's brief.

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than April 12, 2024, why the Court should not dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[1] Should Plaintiff wish to include his brief, he must file it concurrently with his response to this Order to Show Cause.

/ / /

/ / /

---

[1] The parties have consented to the jurisdiction of a magistrate judge. (Dkt. Nos. 6, 8.)

Plaintiff is admonished that if no response is filed by this deadline, the Court will dismiss this case without further notice.

**IT IS SO ORDERED**.

Dated: April 5, 2024



SALLIE KIM
United States Magistrate Judge